Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT

JUL 2 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONTE M. BROWN,<br><br>Petitioner,<br><br>v.<br><br>D.L. RUNNELS, Warden,<br><br>Respondent. | Case No. CV 05-6068 VAP(JC)<br><br>~~(PROPOSED)~~<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.[1]

---

[1] The Report and Recommendation reflects that the Supreme Court granted certiorari to decide whether a criminal defendant forfeits his Sixth Amendment Confrontation Clause claims upon a showing that the defendant has caused the unavailability of a witness. (Report and Recommendation at 18) (citing People v. Giles, 40 Cal. 4th 833, 854 (2007), cert. granted, 128 S. Ct. 976 (2008)). Although not material to the findings or analysis of the Report and Recommendation, this Court notes that the Supreme Court has since vacated and remanded Giles, finding that the doctrine of "forfeiture by wrongdoing" is not an exception to the Sixth Amendment Confrontation Clause in cases in which a defendant causes the unavailability of a witness by conduct not intended to prevent the witness from testifying. Giles v. California, 128 S. Ct. 2678 (2008).

    IT IS HEREBY ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the United States Magistrate Judge's Report and Recommendation, and the Judgment herein on counsel for petitioner and respondent.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 25 2008

_/s/ Virginia A. Phillips_
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE